THE HONORABLE MARY JO HESTON
CHAPTER 13
*EX PARTE*

# IN THE UNITED STATES BANKRUPTCY COURT FOR
# THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | Case No. 24-41481-MJH |
|---|---|
| JENNIFER RUTH KAMP,<br><br>Debtor. | *EX PARTE*<br>MOTION FOR ORDER DIRECTING RULE 2004 EXAMINATION OF JENNIFER RUTH KAMP |

**COMES NOW**, Michael G. Malaier, Chapter 13 Standing Trustee and respectfully moves this Court pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure ("Fed.R.Bankr.P") for issuance of an *ex parte* Order directing JENNIFER RUTH KAMP to appear at the Office of the Chapter 13 Trustee, 5219 N. Shirley Street, Suite 101, Ruston, Washington, 98407, or such other location as may be appropriate, to be examined under oath and to produce documents, at such times, dates, and places as to be set by a subpoena issued pursuant to Fed.R.Civ.P. 45, as incorporated by Fed.R.Bankr.P. 2004 and 9016. Such

Motion for Ex Parte Order Directing
Rule 2004 Examination - 1

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley St., Suite 101
Ruston, WA 98407
(253) 572-6600

Case 24-41481-MJH    Doc 15    Filed 07/24/24    Ent. 07/24/24 09:55:30    Pg. 1 of 3

examination shall continue from the time and date set thereafter day-to-day until completed, excluding weekdays and holidays. The testimony will be stenographically or electronically recorded.

Upon information and belief, Michael G. Malaier, Chapter 13 Standing Trustee, represents that the requested examination relates to the acts, conduct, property, or to the liabilities and financial condition of the Debtor, as well as to the administration of the Debtor's estate.

**WHEREFORE**, Michael G. Malaier, Chapter 13 Standing Trustee, respectfully requests that the Court enter an Order:

1. Granting this motion.
2. Requiring Jennifer Ruth Kamp to appear and to be examined under oath, pursuant to subpoena to be issued pursuant to Fed.R.Civ.P. 45, as incorporated by Fed.R.Bankr.P. 2004 and 9016;
3. Requiring Jennifer Ruth Kamp to produce documents and records pursuant to subpoena to be issued pursuant to Fed.R.Civ.P. 45, as incorporated by Fed.R.Bankr.P. 2004 and 9016;
4. Requiring Jennifer Ruth Kamp to be given no fewer than seven (7) days' notice of the examination; and

Motion for Ex Parte Order Directing  
Rule 2004 Examination - 2

Michael G. Malaier  
Chapter 13 Standing Trustee  
5219 N. Shirley St., Suite 101  
Ruston, WA 98407  
(253) 572-6600

Case 24-41481-MJH    Doc 15    Filed 07/24/24    Ent. 07/24/24 09:55:30    Pg. 2 of 3

5. Granting such other and further relief that the Court deems appropriate.

**DATED** July 24, 2024, by,

/s/ *Michael G. Malaier*
Michael G. Malaier, WSBA No. 34729
Chapter 13 Standing Trustee

Motion for Ex Parte Order Directing
Rule 2004 Examination - 3

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley St., Suite 101
Ruston, WA 98407
(253) 572-6600

Case 24-41481-MJH    Doc 15    Filed 07/24/24    Ent. 07/24/24 09:55:30    Pg. 3 of 3