**THE HONORABLE MARY JO HESTON**
**TACOMA, WASHINGTON**
**CHAPTER 13**

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | | |
|---|---|---|
| In Re: | ) | CASE NO. 24-41481-MJH |
| | ) | |
| JENNIFER RUTH KAMP, | ) | PROOF OF SERVICE |
| | ) | |
| Debtors. | ) | |

I declare under penalty of perjury under the laws of the United States as follows that on the 31st day of July, 2024, I mailed via regular mail a true and correct copy of the Trustee's Notice and Motion to Dismiss or Transfer Chapter 13 Case with Exhibits A, B and C, to the following:

All parties listed on the attached mailing matrix.

The following parties received Notice via ECF:

- Brett L. Wittner
- David C. Smith
- Lance E. Olsen
- US Trustee

**DATED** this 31st day of July, 2024.

/s/ Tracy Maher
TRACY MAHER

Michael G. Malaier
Chapter 13 Trustee
5219 N. Shirley, Ste. 101
Ruston, WA 98407
(253) 572-6600

Proof of Service - 1