| | | |
|---|---|---|
| Label Matrix for local noticing<br>0981-3<br>Case 24-41481-MJH<br>Western District of Washington<br>Tacoma<br>Tue Jul 30 14:14:41 PDT 2024 | Aidvantage<br>Attn: Bankruptcy<br>Po Box 300001<br>Greenville, TX 75403-3001 | Alexis Kamp<br>4602 S 1300 East<br>Millcreek, UT 84117-5044 |
| Bank of America<br>Attn: Bankruptcy<br>4909 Savarese Circle<br>Tampa, FL 33634-2413 | Bank of America<br>PO Box 672050<br>Dallas, TX 75267-2050 | Capital One<br>Attn: Bankruptcy<br>Po Box 30285<br>Salt Lake City, UT 84130-0285 |
| Capitol One<br>PO Box 60519<br>City of Industry, CA 91716-0519 | Clint Martin<br>1124 S Brookwood Dr<br>Springville, UT 84663-2817 | Corbin T. Volluz<br>711 S 1St<br>Mount Vernon, WA 98273-3812 |
| Darrell and Ruth Erickson<br>2805 W Old Highway Rd<br>Morgan, UT 84050-9354 | EdFinancial<br>PO Box 790322<br>St Louis, MO 63179-0322 | Expert Tax Law<br>2843 S 2540 East<br>Salt Lake City, UT 84109-1864 |
| Gerardo Sumano Alcocer<br>aka Gerardo Sumano<br>7378 W Sparkling Sky DR<br>West Jordan, UT 84081-6070 | Goldenwest Credit Union<br>Attn: Bankruptcy<br>Po Box 1111<br>Ogden, UT 84402-1111 | Gosdis Law Firm, PLLC<br>Shane D. Gosdis<br>5085 South State Street<br>Salt Lake City, UT 84107-4840 |
| Hepworth Legal<br>c/o Michael Hepworth<br>320 W 500 S Ste. 200<br>Bountiful, UT 84010-7254 | (p)INTERNAL REVENUE SERVICE<br>CENTRALIZED INSOLVENCY OPERATIONS<br>PO BOX 7346<br>PHILADELPHIA PA 19101-7346 | IRS<br>Bankruptcy Notices<br>PO Box 7346<br>Philadelphia, PA 19101-7346 |
| Jason Kamp<br>2246 Surrey Rd<br>Salt Lake City, UT 84129-2074 | Jason Kamp<br>2246 W Surrey Road<br>Taylorsville, UT 84129-2074 | Jenifer L Tomchak<br>10 West 100 South Suite 700<br>Salt Lake City, UT 84101-1554 |
| John Dehlin<br>1828 Gundersen Lane<br>Salt Lake City, UT 84124-2619 | Jennifer Ruth Kamp<br>2201 47th Street NW<br>Apt A203<br>Gig Harbor, WA 98335-2412 | Keri Witbeck<br>1488 E 2300 N<br>Logan, UT 84341-1627 |
| Law Office of Corbin T. Volluz<br>711 S 1st St<br>Mount Vernon, WA 98273-3812 | ~~Michael G. Malaier~~<br>~~5219 N Shirley St Ste 101~~<br>~~Ruston, WA 98407-6599~~ | Mountain America CU<br>10440 W Ustick Rd<br>Boise, ID 83704-5268 |
| Mountain America Credit Union<br>Attn: Bankruptcy<br>9800 S Monroe St<br>Sandy, UT 84070-4419 | Mountain America Fcu<br>660 S 200 East<br>Salt Lake City, UT 84111-3835 | Lance E Olsen<br>McCarthy & Holthus, LLP<br>108 First Avenue South, Suite 300<br>Suite 400<br>Seattle, WA 98104-2104 |

| Open Stories Foundation | Open Stories Foundation | SallieMae |
| --- | --- | --- |
| 1828 Gunderson Lane | PO Box 171085 | PO Box 8459 |
| Salt Lake City, UT 84124-2619 | Salt Lake City, UT 84117-1085 | Philadelphia, PA 19101-8459 |
| David C. Smith | Synchrony Bank/Sams Club | Tomchak Skolout Law |
| Attorney at Law | Attn: Bankruptcy | c/o Jenifer Tomchak |
| 201 St Helens Ave | Po Box 965060 | and Nicole Skolout |
| Tacoma, WA 98402-2519 | Orlando, FL 32896-5060 | 10 West 100 South Suite 700 |
| | | Salt Lake City, UT 84101-1554 |
| United States Trustee | (p)UNITED WHOLESALE MORTGAGE | United Wholesale Mortgage, LLC |
| 700 Stewart St Ste 5103 | 585 SOUTH BLVD E | c/o McCarthy & Holthus, LLP |
| Seattle, WA 98101-4438 | PONTIAC MI 48341-3163 | 108 1st Avenue South, Ste. 300 |
| | | Seattle, WA 98104-2104 |
| Brett L Wittner | | |
| Morton McGoldrick, P.S. | | |
| 820 A Street | | |
| Suite 600 | | |
| Tacoma, WA 98402-5293 | | |

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

| IRS | (d)Internal Revenue Service | United Wholesale Mortgage |
| --- | --- | --- |
| 915 Second Ave, SPF Office | P.O. Box 21126 | Attn: Bankruptcy |
| Seattle, WA 98174 | Philadelphia, PA 19114 | 585 South Boulevard East |
| | | Pontiac, MI 48341 |

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

| (u)Courtesy NEF | End of Label Matrix | |
| --- | --- | --- |
| | Mailable recipients | 39 |
| | Bypassed recipients | 1 |
| | Total | 40 |