Entered on Docket October 24, 2024

Below is the Order of the Court.



_____
**Mary Jo Heston**
**U.S. Bankruptcy Judge**
**(Dated as of Entered on Docket date above)**

___

# IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In re: | Case No.: 24-41481-MJH |
|---|---|
| JENNIFER RUTH KAMP, | ORDER SUSTAINING TRUSTEE'S OBJECTION TO CLAIM |
| Debtor. | |

**THIS MATTER** having come before the Court pursuant to the Chapter 13 Trustee's Objection to Claim and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED** that the Trustee's Objection to Claim No. 9, filed by DARRELL AND RUTH ERICKSON on September 13, 2024 in the amount of $20,214.23 is sustained and the entire amount of the claim is hereby disallowed.

///End of Order///

Presented by:

_____
Michael G. Malaier, WSBA #34729
Chapter 13 Standing Trustee

ORDER SUSTAINING CLAIM OBJECTION    - 1

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley, Suite 101
Ruston, WA 98407
(253) 572-6600