# IN THE UNITED STATES BANKRUPTCY COURT FOR THE
# WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In re:<br><br>JENNIFER RUTH KAMP,<br><br>Debtor. | Case No.: 24-41481-MJH<br><br>***PROPOSED***<br>ORDER SUSTAINING TRUSTEE'S<br>OBJECTION TO CLAIM |

**THIS MATTER** having come before the Court pursuant to the Standing Chapter 13 Trustee's Objection to Claim and the Court having reviewed the records and files herein and being fully advised, it is hereby

**ORDERED** that the Trustee's Objection to Claim No. 5-1, filed by Hepworth Legal in the amount of $97,420.05 is sustained and the entire amount of the claim is hereby disallowed.

///End of Order///

Presented by:

_____
Amanda S. Douglass, WSBA #58822 for
Michael G. Malaier, Chapter 13 Trustee

ORDER SUSTAINING CLAIM OBJECTION - 1

Michael G. Malaier
Chapter 13 Standing Trustee
5219 N. Shirley, Suite 101
Ruston, WA 98407
(253) 572-6600