**THE HONORABLE MARY JO HESTON**
**TACOMA, WASHINGTON**
**CHAPTER 13**

## IN THE UNITED STATES BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| | |
|---|---|
| In Re: ) | CASE NO. 24-41481-MJH |
| ) | |
| JENNIFER RUTH KAMP, ) | PROOF OF SERVICE |
| ) | |
| Debtor. ) | |

I declare under penalty of perjury under the laws of the United States as follows that on the 30th day of October, 2024, I mailed via regular mail a true and correct copy of the Trustee's Objection to Claim No. 5-1 and Proposed Order to the following:

Jennifer Ruth Kamp   Michael Helworth
2201 – 47th St. St. N.W.   Hepworth Legal
Gig Harbor, WA 98335   320 West 500 South, Suite 200
　　　　　　　　　　　　　　Bountiful, UT 84010

The following parties received Notice via ECF:

- Chritopher E. Allen
- Lance E. Olsen
- Brett L. Wittner
- US Trustee
- David C. Smith

**DATED** this 30th day of October, 2024.

　　　　　　　　　　　　　/s/ Tracy Maher
　　　　　　　　　　　　　TRACY MAHER

Michael G. Malaier
Chapter 13 Trustee
5219 N. Shirley, Ste. 101
Ruston, WA 98407
(253) 572-6600

Proof of Service - 1